UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:12-CV-00205-GNS-HBB

RICARDO RAMIREZ and
KIM WADE, Co-Personal Representatives
of the Estate of Malana Sneed Ramirez                                          PLAINTIFFS

v.

BOLSTER & JEFFRIES
HEALTH CARE GROUP, LLC
d/b/a HEARTHSTONE PLACE                                                        DEFENDANT

## ORDER

In response to Defendant's Motion for Summary Judgment, Plaintiffs filed a 47-page response and 7 exhibits, including a 28-page "exhibit" containing additional legal arguments opposing the motion. (Pls.' Resp. to Mot. for Summ. J., DN 94). The Joint Local Rules of Civil Practice for the United States District Courts for the Eastern and Western Districts of Kentucky provide, in relevant part that "[s]upporting and opposing memoranda may not exceed forty (40) pages without leave of Court." LR 7.1(d). Plaintiffs' response utterly fails to comply with LR 7.1(d). In addition, the filing of the 28-page exhibit with additional arguments appears to be a direct attempt to circumvent court rules. Plaintiffs did not seek leave from the Court prior to exceeding the page limitation of LR 7.1(d).

Accordingly, **IT IS HEREBY ORDERED** as follow:

1.   Plaintiff's Response to Defendant's Motion for Summary Judgment (DN 94) is **STRICKEN** in its entirety.

2. Plaintiff shall have **14 days** from the entry of this order to file a response that strictly observes and complies with all Joint Local Rules of Civil Practice for the United States District Courts for the Eastern and Western Districts of Kentucky—including LR 7.1(d).

3. Defendant shall have **14 days** from the filing of Plaintiff's response to file an amended reply.

**Greg N. Stivers, Judge**
**United States District Court**
October 27, 2016

cc: counsel of record